

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2019

No. 04-19-00595-CV

Rudolph **RESENDEZ,** Jr.,
Appellant

v.

**STATE OF TEXAS**,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 15-10-00236-CVK
Honorable H. Paul Canales, Judge Presiding

# O R D E R

The appellant has filed a notice stating he has requested a supplemental clerk's record containing an order granting defendant's motion for summary judgment. We order Denise Rodriguez, Karnes County District Clerk, to file a supplemental clerk's record with 15 days of this order, containing the trial court's September 14, 2017 summary judgment order in this case.

We further order Denise Rodriguez, Karnes County District Clerk, to file within that supplemental clerk's record all other items required by Texas Rule of Appellate Procedure 34.5 that are not contained within the clerk's record filed in this court on September 6, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk